RECEIVED

JUN 2 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STACY PENA | CIVIL ACTION NO. 06-0884 |
| VS. | JUDGE HAIK |
| WAL-MART LOUISIANA, LLC | MAGISTRATE JUDGE METHVIN |

### JURISDICTIONAL REVIEW RULING

This case was removed from a local state court based on the allegation of defendant that the matter in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28 U.S.C. §1332. Removal documents show that plaintiff alleges that as a result of a slip and fall at defendant's store, she injured her back. Plaintiff's physician has recommended that she undergo an anterior cervical fusion. Considering the foregoing, the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on June 22, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140     FAX 593-5155